IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE R. EVANS, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 3:11-0387 |
| VANDERBILT UNIVERSITY MEDICAL CENTER | ) Judge Nixon ) Magistrate Judge Brown |
| Defendant. | ) |

*[handwritten notation: OUPSK / Turnaround / No Granted / hill / 9-2-11]*

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

On August 17, 2011, the Defendant, Vanderbilt University Medical Center, filed a Motion to Dismiss Plaintiff's tortious inference claim and her fraud claim pursuant to Rules 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure. On August 26, 2011, Plaintiff filed a Response to Defendant's Motion to Dismiss simultaneously with her own Motion to Amend the Complaint. Pursuant to Local Rule 7.01, Defendant seeks leave of Court to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss. Due to the overlap of the issues discussed in Plaintiff's Response brief and Plaintiff's Motion to Amend the Complaint, counsel for Defendant would request the opportunity to submit her Reply brief on the same day that her Response to Plaintiff's Motion to Amend the Complaint would be due.

Accordingly, Defendant requests permission to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss and a Response to Plaintiff's Motion to Amend on September 9, 2011.

Dated this 1st day of September, 2011.

Respectfully submitted,

s/Alonda W. McCutcheon
William N. Ozier (BPR #003409)
Alonda W. McCutcheon (BPR #22350)